UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PIERCE PLUMMER, | 1:05-cv-00301-REC-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 12) |
| vs. | **ORDER DISMISSING ACTION** |
| GOVERNOR ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

    Plaintiff, William Pierce Plummer ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 12, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On June 16, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation, filed May 12, 2005, are ADOPTED IN FULL; and,

2.  This action is DISMISSED based on plaintiff's failure to obey the court's order of April 13, 2005.

IT IS SO ORDERED.

**Dated:  July 15, 2005**             /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE