1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9   WILLIAM PLUMMER,              )          No. CV-F-05-301 REC/DLB P
                                  )
10                                )          ORDER DENYING PLAINTIFF'S
                                  )          MOTION FOR RELIEF FROM
11                                )          JUDGMENT (Doc. 17)
                    Plaintiff,    )
12                                )
            vs.                   )
13                                )
                                  )
14  GOVERNOR ARNOLD               )
    SCHWARZENEGGER, et al.,       )
15                                )
                                  )
16                                )
                    Defendant.    )
17                                )
                                  )
18  _____)

19          By Order filed on July 17, 2005, the court dismissed this

20  action because of plaintiff's to timely comply with the court's

21  order filed on April 13, 2005.  In the April 13 Order, plaintiff

22  was ordered to file a completed application to proceed <u>in forma</u>

23  <u>pauperis</u> and a certified copy of his prison trust account

24  statement or to pay the $250.00 filing fee.  Judgment for

25  defendants was ented on July 15, 2005.  Plaintiff filed a notice

26  of appeal to the Ninth Circuit on October 7, 2005.  On January

                                     1

11, 2006, plaintiff filed a motion for reconsideration of the
Order dismissing the action.

The court has reviewed the motion for reconsideration and hereby denies it.  The motion for reconsideration does not set forth valid grounds for reconsideration of the order dismissing this action because of plaintiff's failure to timely comply with a court order.

IT IS SO ORDERED.

**Dated:  January 17, 2006**               **/s/ Robert E. Coyle**
668554                                      UNITED STATES DISTRICT JUDGE

2